# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 15, 2018

To:
Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis , IN 46204-0000

| | |
|---|---|
| No. 17-2193 | CHRISTOPHER J. EADS,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-01169-TWP-DML<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

NOTE TO COUNSEL:

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                       **Received by:**

_____3/15/2018_____                    _____*Laura Townsend*_____
                                                                Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted January 23, 2018
Decided February 1, 2018

**Before**

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 17-2193

| | |
|---|---|
| CHRISTOPHER J. EADS,<br>    *Petitioner-Appellant*,<br><br>*v.*<br><br>UNITED STATES OF AMERICA,<br>    *Respondent-Appellee*. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:14-cv-01169<br><br>Tanya Walton Pratt,<br>*Judge*. |

**O R D E R**

    Christopher Eads has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255 and an application for a certificate of appealability. We have reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

    Accordingly, the request for a certificate of appealability is DENIED.

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

March 7, 2018

**Before**

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 17-2193

| | |
|---|---|
| CHRISTOPHER J. EADS,<br>*Petitioner-Appellant,* | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division |
| *v.* | |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee.* | No. 1:14-CV-01169<br><br>Tanya Walton Pratt, *Judge.* |

**O R D E R**

No judge of the court having called for a vote on the Motion to Reconsider, which we construe as Petition For Rehearing En Banc, filed by Petitioner-Appellant on February 20, 2018, and all of the judges on the original panel having voted to deny the same,

IT IS HEREBY ORDERED that the Petition For Rehearing En Banc is DENIED.

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit